**JS-6**

cc: order, docket, remand letter to
Los Angeles Superior Court, East
District, West Covina, No. 11 U 01681

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREEN CENTURY INVESTMENT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDUARDO ACOSTA, <br><br> Defendant. <br> _____ | Case No. CV 12-539-ODW (AGRx) <br><br> **REMAND** Order |

In the present case, Plaintiff filed its complaint on September 28, 2011. Defendant removed the case from Los Angeles County Superior Court to this Court on January 20, 2012. The Court has learned that the complaint is the exact same one in CV 11-10452-ODW-AGRx, which was remanded for lack of jurisdiction on January 12, 2012.

In short, Defendant removed the case back to this Court, after the Court remanded the case the week prior. For the same reasons, the Court **REMANDS** this case to Los Angeles County Superior Court.

1

Defendant is cautioned that such frivolous litigation tactics constitute a violation of Fed. R. Civ. P. 11(b) and shall subject the Defendant to sanctions. However, the Court declines to impose sanctions at this time.

**IT IS SO ORDERED.**

February 2, 2012

_____

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE